# Exhibit 1



Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**  Reg. No. 1,944,201
 Registered Dec. 26, 1995

## SERVICE MARK
### PRINCIPAL REGISTER

### EAGLES

EAGLES, LTD. (CALIFORNIA CORPORATION)
1201 ALTA LOMA
WEST HOLLYWOOD, CA 90069

FOR: ENTERTAINMENT SERVICES PROVIDED BY A MUSICAL GROUP IN THE FORM OF LIVE PERFORMANCES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-1-1971; IN COMMERCE 10-1-1971.

SER. NO. 74-629,760, FILED 2-3-1995.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 1,960,044
Registered Mar. 5, 1996

## TRADEMARK
PRINCIPAL REGISTER

## EAGLES

EAGLES, LTD. (CALIFORNIA CORPORATION)
1201 ALTA LOMA
WEST HOLLYWOOD, CA 90069

FOR: SERIES OF MUSICAL SOUND RECORDINGS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-1971; IN COMMERCE 10-1-1971.

SER. NO. 74-629,759, FILED 2-3-1995.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 1,995,216
Registered Aug. 20, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## EAGLES

EAGLES, LTD. (CALIFORNIA CORPORATION)
1201 ALTA LOMA
WEST HOLLYWOOD, CA 90069

FOR: POSTERS, DECALS, CALENDARS, SONGBOOKS, BOOKCOVERS, PAPER EMBLEMS, BUMPER STICKERS, CONCERT TOUR BOOKS AND MAGAZINES CONCERNING A MUSICAL GROUP, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-1-1972; IN COMMERCE 1-1-1972.

OWNER OF U.S. REG. NOS. 1,944,201 AND 1,947,779.

SER. NO. 74-703,292, FILED 7-19-1995.

JEAN MARC BRUN, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 1,995,216
Registered Aug. 20, 1996

TRADEMARK
PRINCIPAL REGISTER

EAGLES

EAGLES, LTD. (CALIFORNIA CORPORATION)
1201 ALTA LOMA
WEST HOLLYWOOD, CA 90069

FOR: POSTERS, DECALS, CALENDARS, SONGBOOKS, BOOKCOVERS, PAPER EMBLEMS, BUMPER STICKERS, CONCERT TOUR BOOKS AND MAGAZINES CONCERNING A MUSICAL GROUP, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-1-1972; IN COMMERCE 1-1-1972.

OWNER OF U.S. REG. NOS. 1,944,201 AND 1,947,779.

SER. NO. 74-703,292, FILED 7-19-1995.

JEAN MARC BRUN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,161,179

Registered June 2, 1998

## TRADEMARK
### PRINCIPAL REGISTER

### EAGLES

EAGLES, LTD. (CALIFORNIA CORPORATION)
1201 ALTA LOMA
WEST HOLLYWOOD, CA 90069

FOR: CLOTHING, NAMELY, T-SHIRTS, SHORTS, HATS, VISORS, JERSEYS, SWEATSHIRTS, TANK TOPS, JACKETS AND CAPS RELATING TO THE MUSIC GROUP "THE EAGLES", IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1972; IN COMMERCE 1-1-1972.

SER. NO. 74-703,293, FILED 7-19-1995.

PAUL KRUSE, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# HOTEL CALIFORNIA

**Reg. No. 5,472,692**  
**Registered May 22, 2018**  
**Int. Cl.: 14, 15, 16, 25, 28**  
**Trademark**  
**Principal Register**

Eagles, Ltd. (CALIFORNIA CORPORATION)  
H2 Management  
201 Santa Monica Blvd., Suite 480  
Santa Monica, CALIFORNIA 90401

CLASS 14: key chains

FIRST USE 3-5-2005; IN COMMERCE 3-5-2005

CLASS 15: guitar picks

FIRST USE 5-23-2013; IN COMMERCE 5-23-2013

CLASS 16: posters

FIRST USE 00-00-1977; IN COMMERCE 00-00-1977

CLASS 25: t-shirts; sweatshirts; bathrobes

FIRST USE 00-00-1977; IN COMMERCE 00-00-1977

CLASS 28: playing cards

FIRST USE 3-5-2005; IN COMMERCE 3-5-2005

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-306,414, FILED 01-18-2017

Director of the United States  
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

## HOTEL CALIFORNIA

| | |
|---|---|
| **Reg. No. 5,884,547** | Eagles, Ltd. (CALIFORNIA CORPORATION)<br>C/okrane&smith 16255 Ventura Blvd. #600 |
| **Registered Oct. 15, 2019** | Encino, CALIFORNIA 91436 |
| **Int. Cl.: 9** | CLASS 9: Series of sound recordings featuring musical performances; digital media, namely, a series of downloadable sound recordings featuring musical performances |
| **Trademark** | FIRST USE 12-8-1976; IN COMMERCE 12-8-1976 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | OWNER OF U.S. REG. NO. 5472692 |
| | SER. NO. 88-375,650, FILED 04-08-2019 |

*[Signature]*

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.